724 A.2d 799

BEVIN IRVIN, PLAINTIFF–PETITIONER, v. TOWNSHIP OF NEP-
TUNE, ET AL., DEFENDANTS–RESPONDENTS, AND THE
OCEAN GROVE HOMEOWNERS ASSOCIATION, INC., INTER-
VENOR–RESPONDENT.

November 5, 1998.

Dismissed as moot.

724 A.2d 800

IN THE MATTER OF R.F., A REGISTRANT
UNDER N.J.S.A. 2C:7–1, ET SEQ.

November 19, 1998.

Petition for certification is granted, and the matter is summarily
remanded to the Appellate Division for reconsideration of the
issue of the scope of notification in the light of respondent's
history and personal circumstances detailed in the record in this
matter.